FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 19, 2019

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOANNE EILEEN B.,<br><br>                Plaintiff,<br><br>  v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>                Defendant. | NO: 2:18-CV-2-FVS<br><br>ORDER GRANTING STIPULATED MOTION FOR REMAND |

BEFORE THE COURT is the parties' Stipulated Motion for Remand pursuant to sentence four of 42 U.S.C. §405(g). ECF No. 24. The Plaintiff is represented by Attorney Tom G. Cordell. The Defendant is represented by Special Assistant United States Attorney Diana Andsager.

After consideration, **IT IS HEREBY ORDERED** that the Stipulated Motion for Remand, ECF No. 24, is **GRANTED**. The Commissioner's final decision is reversed and remanded for further proceedings pursuant to sentence four of 42 U.S.C. §405(g). Upon remand to the Commissioner of Social Security, the Appeals Council should remand this case to the Administrative Law Judge

ORDER GRANTING STIPULATED MOTION FOR REMAND ~ 1

(ALJ) for a de novo hearing, if necessary. On remand, the ALJ will further consider Plaintiff's allegations regarding misinformation from agency employees; make a determination as to the credibility of those allegations in light of 20 C.F.R. § 404.510a; and issue a new decision.

The parties stipulate that this case be reversed and remanded to the ALJ on the above grounds pursuant to sentence four of 42 U.S.C. § 405(g). Therefore, the matter is remanded to the Commissioner for additional proceedings pursuant to sentence four 42 U.S.C. 405(g). Upon proper presentation, this Court will consider Plaintiff's application for costs and attorney's fees under 28 U.S.C. § 2412(d).

It is **FURTHER ORDERED** that Plaintiff's Motion for Summary Judgment, ECF No. 13, is **DENIED** as moot, given the parties' motion for remand.

The District Court Executive is directed to enter this Order, forward copies to counsel, and **CLOSE** the file.

**DATED** February 19, 2019.

                          *s/ Rosanna Malouf Peterson*
                        ROSANNA MALOUF PETERSON
                           United States District Judge